UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| JOHN PAUL LUCIO, and <br> MINDA VIDAL LUCIO | ) <br> ) <br> ) | 05-11276-ABC <br> Chapter 7 |
| Debtors, | ) | |
| DAVID J. ADAMS, <br> Plaintiff, | ) <br> ) <br> ) | |
| v. | ) | Adversary Proceeding No. |
| JOHN PAUL LUCIO <br> Defendant, | ) <br> ) | 05-1348 ABC |

### ORDER EXTENDING TIME FOR APPEAL

This matter is before the Court on Plaintiff's motion for extension of time for appeal. Having reviewed the same and finding good cause:

IT IS ORDERED that the time for [filing a notice of] appeal shall be extended until **May 24, 2007**.

Dated this 4th day of May, 2007.

BY THE COURT:

*[signature]*

A. Bruce Campbell
United States Bankruptcy Court Judge